## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>**Donald R. Lassman**</u>

       Appellant

  V.

<u>**Mozzone Lumber Co., Inc. et al**</u>

       Appellee

CIVIL ACTION

NO. <u>20-12048-ADB</u>

## **<u>ORDER OF DISMISSAL</u>**

<u>Burroughs, D. J.</u>

    In accordance with the Court's Electronic Order dated <u>December 7, 2020</u> it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                      By the Court,

12/7/2020                       <u>/s/ Christina McDonagh</u>
  Date                           Deputy Clerk